IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00320-MR-WCM

| | |
|---|---|
| JOHNNIE R. SIMMONS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| NICHOLAS MARLOW ) | |
| *In his individual capacity,* ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court for case management purposes.

On January 20, 2022, Plaintiff filed an Amended Complaint. Doc. 15.

On February 17, 2022, Defendant filed his Answer. Doc. 24.

On February 28, 2022, the parties were informed of their obligation to conduct an Initial Attorney's Conference and submit a Certificate of Initial Attorney's Conference (the "Report"). The Report was due by March 21, 2022, though as of the filing of this Order one has not been submitted

**IT IS THEREFORE ORDERED THAT**:

1. The Clerk is **RESPECTFULLY DIRECTED** to schedule an initial pretrial conference in the usual course.

2. The parties are **DIRECTED** to submit their Report no later than 3 business days prior to the initial pretrial conference.

Signed: April 11, 2022

W. Carleton Metcalf
United States Magistrate Judge